**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

In re: Bruce W. Eden           Case No. 06-11282

    **Debtor**           Judge Burton Perlman

**SEAWEST FINANCIAL CORPORATION, SUCCESSOR IN INTEREST TO BEST CHOICE FINANCIAL'S MOTION TO WITHDRAW PROOF OF CLAIM**

Now comes SeaWest Financial Corporation, Successor in Interest to Best Choice Financial, by and through Counsel, and hereby moves this Court to allow its Proof of Claim, filed on June 1, 2006 to be withdrawn. In support of its Motion, Plaintiff states that a duplicate claim was filed.

**WHEREFORE,** Plaintiff respectfully requests that the Court order Plaintiff's Proof of Claim as hereby withdrawn.

Respectfully Submitted,

/s/Ernest V. Thomas, III
Ernest V. Thomas, III (0011371)
Attorney for SeaWest Financial Corporation,
Successor in Interest to Best Choice Financial
Thomas & Thomas Attorneys At Law
2323 Park Avenue
Cincinnati, OH 45206
Ph: 513/961-5311
RThomas@TT-Law.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent to all parties electronically, this 4th day of October, 2006.

/s/Ernest V. Thomas, III
Ernest V. Thomas, III
Attorney for SeaWest Financial Corporation, Successor in Interest to Best Choice Financial

---

Thomas and Thomas
Attorneys at Law

2323 Park Avenue
Cincinnati, Ohio
45206-2788

(513)-961-5311
(513)-961-0075

24 Huber Village Blvd.
Westerville, Ohio
43081-3366

(614)-895-2450
(614)-895-2475

629 Euclid Avenue
Suite 740
Cleveland, Ohio
44114

(216)-241-3033
(216)-241-6733

16 West Fourth St.
Newport, Kentucky
41071-1063

(859)-291-1274